# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: October 9, 2013

Official Caption[1]

2013-1557

IN RE MEDIOSTREAM, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/001,284.

Authorized Abbreviated Caption[2]

IN RE MEDIOSTREAM, INC., 2013-1557

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.